**RETURN FOR HISTORICAL CELL-SITE INFORMATION WARRANT**

This return is being submitted pursuant to Federal Rule of Criminal Procedure 41(f)(2) in relation to the court-authorized warrant in case no. 2:20-MJ-06179 (the "Warrant"). The Warrant was signed on December 22, 2020 by the Hon. Karen L. Stevenson, United States Magistrate Judge, and directed that the return be made to the duty magistrate.

The Warrant authorized the disclosure of historical cell-site information relating to the **Subject Telephones**, as described in the Warrant. I executed the Warrant on December 22, 2020. It was used to obtain historical historical cell-site information related to the **Subject Telephones** from October 13, 2020 until December 11, 2020.

I declare under penalty of perjury that this return is correct.

March 10, 2020
DATE

*Alfredo Rossi*
Alfredo Rossi, Special Agent
Homeland Security Investigations